# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
APR 17 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
vs. ) Case No. 1:14CR00228 LJO SKO
Miguel Hugo Gonzalez )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Miguel Hugo Gonzalez__, have discussed with __Zaren Craddock__, Pretrial Services Officer, modifications of my release conditions as follows:

**The defendant shall participate in a cognitive behavioral treatment program as directed by the pretrial services officer. Such program may include group sessions led by a counselor or participation in a program administered by the pretrial services officer.**

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_ Signature of Defendant    Date 4/6/15

_[signature]_ Pretrial Services Officer    Date 3/25/15

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_ Signature of Assistant United States Attorney    Date 4/15/15

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_ Signature of Defense Counsel    Date 4/16/15

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __4/17/15__.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_ Signature of Judicial Officer    Date 4/17/15

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services