1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for the
6   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00228 LJO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCE HEARING |
| v. | CURRENT DATE: June 22, 2015 |
| MIGUEL H. GONZALEZ, | PROPOSED DATE: November 16, 2015 |
| | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Lawrence J. O'Neill |

17

18   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel, Grant B. Rabenn, counsel for the United States, and Evans D. Prieston, counsel for the

20 defendant Miguel H. Gonzalez, that the sentencing hearing currently set for June 22, 2015, may be

21 continued to November 16, 2015 at 8:30 a.m. or to a date the Court deems appropriate. The reason for

22 this continuance is that the defendant may cooperate with the United States and the extension of time

23 would be necessary for the defendant to demonstrate such cooperation.

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation to Continue                                1
Sentencing Hearing; Order

Dated: April 16, 2015                              BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   */s/ Grant B. Rabenn*
                                                   GRANT B. RABENN
                                                   Assistant United States Attorney


                                                   */s/ Evans D. Prieston*
                                                   EVANS D. PRIESTON
                                                   Attorney for Defendant


**ORDER**

IT IS SO ORDERED.

   Dated:   **April 27, 2015**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

Stipulation to Continue
Sentencing Hearing; Order

2