1  Evans D. Prieston, Esq., CSB No. 100097
   Attorney at Law
2  75 Rowland Way, Suite 350
   Novato, California  94945
3  Telephone:  (415) 878-0030
   Facsimile:   (415) 878-0035
4
   Attorney for Defendant
5  MIGUEL H. GONZALEZ

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.:   1:14-CR-00228 LJO

12           Plaintiff,                      **STIPULATION AND ORDER TO
                                             CONTINUE SENTENCING HEARING**
13       v.
                                             Current Date:    11/16/15
14  MIGUEL H. GONZALEZ,                      Proposed Date:   5/30/16
                                             Time:            8:30 a.m.
15           Defendant.                      Court:  Hon. Lawrence J. O'Neill

16

17
        IT IS HEREBY STIPULATED by and between the parties hereto through their respective
18
   counsel, Grant B. Rabenn, counsel for the United States, and Evans D. Prieston, counsel for the
19
   defendant Miguel H. Gonzalez, that the sentencing hearing currently set for November 16, 2015,
20
   may be continued to May 30, 2016 at 8:30 a.m., or to a date the Court deems appropriate.  The
21
   reason for this continuance is that the defendant may cooperate with the United States and the
22
   extension of time would be necessary for the defendant to demonstrate such cooperation.
23
   //
24
   //
25

26

27

28
                                              -1-
   Stipulation to Continue
   Sentencing Hearing; Order

1 | Dated:  September 8, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Grant B. Rabenn* (as authorized on 9/8/15)
GRANT B. RABENN
Assistant United States Attorney

*/s/ Evans D. Prieston*
EVANS D. PRIESTON
Attorney for Defendant Miguel H. Gonzalez

**ORDER**

IT IS SO ORDERED.

Dated:   **September 11, 2015**           **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE