BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:14-CR-00228-LJO-SKO |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) INTERLOCUTORY SALE OF 2012 |
| v. | ) MERCEDES BENZ CLS550C, VIN: |
| | ) WDDLJ7DB0CA23135, REGISTERED TO |
| MIGUEL GONZALEZ, | ) NORMA PACHECO |
| | ) |
| Defendant. | ) |
| | ) |
| NORMA PACHECO, | ) |
| MERCEDES BENZ OF FRESNO, | ) |
| WELLS FARGO BANK, | ) |
| | ) |
| Potential Claimants. | ) |
| | ) |

1.    The United States of America, by and through its counsel,
Jeffrey A. Spivak, Assistant United States Attorney, filed a Bill of
Particulars for Forfeiture of Property in this action on January 22,
2015, seeking the forfeiture of the 2012 Mercedes Benz CLS550C, VIN:
WDDLJ7DB0CA23135, registered to Norma Pacheco (hereafter "2012
Mercedes").

2.    On or about August 5, 2014, Norma Pacheco purchased the
2012 Mercedes for approximately $67,435.00 from Mercedes Benz of
Fresno.  A down payment of $36,000.00 was made toward the purchase

Stipulation and Order for Interlocutory
Sale of 201 Mercedes Benz CLS550C, VIN:
WDDLJ7DB0CA23135, Registered to Norma
Pacheco

1

price of the 2012 Mercedes ($18,000.00 in cash and $18,000.00 in trade in credit from Norma Pacheco's 2011 Chevy Camaro VIN #2G1FC3DD3B9169690 (the "Camaro")).  The remaining balance of approximately $31,435.00 was financed by Wells Fargo Bank.

3.   The 2012 Mercedes was seized by the Internal Revenue Service – Criminal Investigations for forfeiture on October 22, 2014 and is in their custody and control.

4.   In or around February 2015, Norma Pacheco, in order to protect her credit, surrendered her interest in the 2012 Mercedes to Mercedes Benz of Fresno.

5.   On February 20, 2015, Mercedes Benz of Fresno paid $29,323.87 to Wells Fargo Bank, in full satisfaction of the lien outstanding on the 2012 Mercedes.  Wells Fargo Bank agrees that as a result of the February 20, 2015 payoff by Mercedes Benz of Fresno, it has no interest in the 2012 Mercedes.

6.   A Preliminary Order of Forfeiture as to defendant Miguel Gonzalez was ordered by the Court on May 26, 2015.

7.   Notice of the Preliminary Order of Forfeiture has not been provided to potential claimants because the criminal case against the remaining defendants is still ongoing.  The United States recognizes and acknowledges that Norma Pacheco, Mercedes Benz of Fresno, and Wells Fargo Bank are/were potentially interested parties to the 2012 Mercedes and will proceed under this stipulation with that understanding.  The United States knows of no other individuals with a potential interest in the 2012 Mercedes.

8.   Norma Pacheco agrees to forfeit all right, title, and interest in the 2012 Mercedes and shall hold harmless the United States, Mercedes Benz of Fresno, and Wells Fargo Bank from any

Stipulation and Order for Interlocutory
Sale of 201 Mercedes Benz CLS550C, VIN:
WDDLJ7DB0CA23135, Registered to Norma
Pacheco

2

liability arising from the seizure, custody, sale, or forfeiture of the 2012 Mercedes. Norma Pacheco also agrees to release any interest she may claim in the Camaro traded-in for the purchase of the 2012 Mercedes.

9.   The parties agree that the 2012 Mercedes should be sold to preserve its value pending further Order of the Court.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Plaintiff, United States of America, Potential Claimant Norma Pacheco, Potential Claimant Mercedes Benz of Fresno, and Potential Claimant Wells Fargo Bank, by and through their undersigned counsel, consent to the following:

1.   The legal description of the vehicle is:  2012 Mercedes Benz CLS550C, VIN: WDDLJ7DB0CA23135, and the owner of record is Norma Pacheco.

2.   Norma Pacheco forfeits all right, title, and interest in the 2012 Mercedes.

3.   The Internal Revenue Service – Criminal Investigations shall release the 2012 Mercedes to Mercedes Benz of Fresno to allow for the sale of the vehicle.

4.   Mercedes Benz of Fresno, or its designee, shall sell the 2012 Mercedes in a commercially feasible manner, as soon as reasonably possible, for the maximum price reasonably practicable.

5.   Upon the sale of the 2012 Mercedes, the net sale proceeds, less any vehicle reconditioning expense, customary sales commission and document fees, and the recovery of the $29,323.87 paid by Mercedes Benz to Wells Fargo Bank in satisfaction of the lien held by Wells Fargo Bank, will be deposited in the U.S. Treasury Asset Forfeiture Suspense Account as the substitute res in this case, and

Stipulation and Order for Interlocutory Sale of 201 Mercedes Benz CLS550C, VIN: WDDLJ7DB0CA23135, Registered to Norma Pacheco

3

held pending further order of the Court.   The certified check or negotiable instrument should be made payable to "Department of Treasury" and delivered to the United States Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.

6.   Other than the $29,323.87 paid by Mercedes Benz of Fresno to Wells Fargo Bank, there are no outstanding liens or encumbrances against the 2012 Mercedes.

7.   The United States or its agents shall execute any documents necessary to effectuate the transfer and sale of the 2012 Mercedes.

8.   The parties acknowledge that they have obtained the advice of counsel, or have declined to do so, and that they are entering into this stipulation for interlocutory sale knowingly and voluntarily.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Stipulation and Order for Interlocutory Sale of 201 Mercedes Benz CLS550C, VIN: WDDLJ7DB0CA23135, Registered to Norma Pacheco

4

1     9.   All parties are to bear their own costs and attorney's

2 fees.

3 Dated: February 17, 2016      BENJAMIN B. WAGNER
                        United States Attorney

4

5                         /s/ Jeffrey A. Spivak
                        JEFFREY A. SPIVAK

6                         Assistant U.S. Attorney

7

8 Dated:  February 16, 2016     /s/ Stephen P. Quade
                        STEPHEN P. QUADE

9                         Attorney for Norma Pacheco
                        (Original signature retained by

10                         attorney)

11 Dated:  _____, 2016   /s/ Marc Greenberg
                        MARC GREENBERG

12                         Market Manager
                        Wells Fargo Bank

13                         (Original signature retained by
                        attorney)

14

15 Dated:  January 15, 2016      /s/ Scott Biehl
                        Scott Biehl
                        Vice-President

16                         Mercedes Benz of Fresno

17

18                         ORDER

19

20 IT IS SO ORDERED.

21    Dated:   **February 20, 2016**      **/s/ Lawrence J. O'Neill**

22                         UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28