1  Evans D. Prieston, Esq., CSB No. 100097
   Attorney at Law
2  75 Rowland Way, Suite 350
   Novato, California  94945
3  Telephone:  (415) 878-0030
   Facsimile:   (415) 878-0035
4
   Attorney for Defendant
5  MIGUEL H. GONZALEZ

6

7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.:   1:14-CR-00228 LJO
12 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**
13 | v. |
14 | MIGUEL H. GONZALEZ, | Current Date:   12/16/16
   |                    | Proposed Date:   1/13/17
   |                    | Time:                 10:00 a.m.
15 | Defendant. | Court:  Hon. Lawrence J. O'Neill

16

17     IT IS HEREBY STIPULATED by and between the parties hereto through their respective
18 counsel, Grant B. Rabenn, counsel for the United States, and Evans D. Prieston, counsel for the
19 defendant Miguel H. Gonzalez, that the sentencing hearing currently set for December 16, 2016,
20 may be continued to January 13, 2017 at 10:00 a.m., or to a date the Court deems appropriate.  The
21 reason for this continuance is defendant's counsel is having surgery on December 5, 2016 and will
22 not be able to attend Court.
23 //
24 //
25
26
27
28
                                          -1-
Stipulation to Continue
Sentencing Hearing; Order

Dated: November 14, 2016                      BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Grant B. Rabenn* (as authorized on 11/14/16)
                                              GRANT B. RABENN
                                              Assistant United States Attorney


                                              */s/ Evans D. Prieston*
                                              EVANS D. PRIESTON
                                              Attorney for Defendant Miguel H. Gonzalez


                                        **ORDER**

                                        No further continuances.  Granted.

IT IS SO ORDERED.

     Dated:   **November 14, 2016**                **/s/ Lawrence J. O'Neill**
                                              UNITED STATES CHIEF DISTRICT JUDGE

Stipulation to Continue
Sentencing Hearing; Order