1  Evans D. Prieston, Esq., CSB No. 100097
   Attorney at Law
2  775 Baywood Drive, Suite 100
   Petaluma, California  94954
3  Telephone:  (415) 878-0030
   Facsimile:   (415) 878-0035
4
   Attorney for Defendant
5  MIGUEL H. GONZALEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   1:14-CR-00228 LJO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| MIGUEL H. GONZALEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Grant B. Rabenn, counsel for the United States, and Evans D. Prieston, counsel for the defendant Miguel H. Gonzalez, that the status conference currently set for July 13, 2018, may be continued to September 7, 2018, at 2:00 p.m., or to a date the Court deems appropriate.  The reason for this continuance is defendant is under investigation for new charges.  The Government has not decided whether or not to bring those charges as the case is still under investigation.

//

//

-1-

| | | |
|---|---|---|
| 1 | Dated: July 11, 2018 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | |
| 3 | | |
| 4 | | */s/ Grant B. Rabenn* (as authorized on 7/11/18)<br>GRANT B. RABENN<br>Assistant United States Attorney |
| 5 | | |
| 6 | | |
| 7 | | */s/ Evans D. Prieston*<br>EVANS D. PRIESTON |
| 8 | | Attorney for Defendant Miguel H. Gonzalez |

**ORDER**

IT IS SO ORDERED.

Dated: **July 11, 2018**

_____
UNITED STATES MAGISTRATE JUDGE