1  Evans D. Prieston, Esq., CSB No. 100097
   Attorney at Law
2  775 Baywood Drive, Suite 100
   Petaluma, California  94954
3  Telephone:  (415) 878-0030
   Facsimile:   (415) 878-0035
4
   Attorney for Defendant
5  MIGUEL H. GONZALEZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           CASE NO.:   1:14-CR-00228 LJO

12          Plaintiff,                  **STIPULATION AND  ORDER TO
                                        CONTINUE STATUS CONFERENCE**
13      v.

14  MIGUEL H. GONZALEZ,

15          Defendant.

16

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Grant B. Rabenn, counsel for the United States, and Evans D. Prieston, counsel for the defendant Miguel H. Gonzalez, that the status conference currently set for September 7, 2018, may be continued to December 7, 2018, at 2:00 p.m., or to a date the Court deems appropriate.  The reason for this continuance is defendant is under investigation for new charges.  The Government has not decided whether or not to bring those charges as the case is still under investigation.  We are looking to seek a global resolution.

//

//

-1-

| | |
|---|---|
| Dated: September 6, 2018 | BENJAMIN B. WAGNER<br>United States Attorney |
| | |
| | */s/ Grant B. Rabenn* (as authorized on 9/05/18)<br>GRANT B. RABENN<br>Assistant United States Attorney |
| | |
| | */s/ Evans D. Prieston*<br>EVANS D. PRIESTON<br>Attorney for Defendant Miguel H. Gonzalez |

**ORDER**

The matter is continued to Friday, November 9, 2018 at 2:00 pm in Courtroom 9. This case has been continued a number of times and either on November 9 an admission will occur or the matter will be set for a contested hearing before the district judge in a reasonable time. The defendant is ordered to appear on that date and time.

IT IS SO ORDERED.

Dated: **September 6, 2018**

_____
UNITED STATES MAGISTRATE JUDGE