McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00228-LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| MIGUEL H. GONZALEZ, | |
| Defendant. | |

**STIPULATION**

1.  Defendant Miguel H. Gonzalez filed a motion for reduction in sentence and compassionate release on June 10, 2020. Docket No. 463. The Government's response or opposition is currently due June 24, 2020.

2. Counsel for the defendant does not oppose this request.

2. The parties desire additional time for briefing on defendant's motion. Accordingly, by this stipulation, the parties now move that:

    a) The government's opposition or response to defendant's motion, Docket No. 436, be due on July 1, 2020; and

    b) The defense reply, if any, will be due on July 10, 2020.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: June 24, 2020

*/s/ Grant B. Rabenn*
GRANT B. RABENN
Assistant United States Attorney

Dated: June 24, 2020

/s/ *Harry W. Simon*
ANTONIO R. ALVAREZ
Counsel for Defendant Miguel Gonzalez

1

**FINDINGS AND ORDER**

2   Based upon the stipulation and representations of the parties, the Court adopts the proposed

3   revised briefing schedule as follows:

4       a)   The government's opposition or response to defendant's motion, Docket No. 436,

5   is due on July 1, 2020;

6       b)   The defense reply, if any, will be due on July 10, 2020.

7   IT IS SO ORDERED.

8   Dated:   **June 25, 2020**

                                                UNITED STATES DISTRICT JUDGE